Juanito Gabriel Alegria
8151 East Kenyon Drive
TucsonAZ 85710
(520) 288-9943

FILED _____ LODGED
RECEIVED _____ COPY

MAY 2 6 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Juanito Gabriel Alegria,

    Plaintiff,

v.

Freeport-McMoRan Inc.,

    Defendant(s).

CASE NUMBER: CV-23-00241-TUC-JGZ

**COMPLAINT**

## Jurisdiction

This court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331. This employment discrimination lawsuit is based on.

1. Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 'a7'a7 2000e, et. seq., for employment discrimination on the basis of race, color, religion, gender, or national origin.

The plaintiff is a resident of Tucson, Pima County, AZ and a citizen of the United States. The defendant, Freeport-McMoRan Inc., is a resident of Green Valley, AZ and a citizen of the United States. The cause of action arose in the Tucson division.

## Employment Discrimination Complaint

The conduct complained of in this lawsuit involved the following:

Retaliation; Harassement; Other¿Sexual harassment

The conduct(s) above is referred to in the charge of discrimination. I believe I was discriminated against because of my:

Race; National Origin; Color

The reason(s) above is referred to in the charge of discrimination. The discriminatory conduct occurred at the defendant's address on 07/01/2018 and continuous. 1: Around July 2018, supervisor Mario Rivera made statements such as, "You need to have thick skin working here" and "You lazy "f-ing" Mexicans just dont want to work huh" to our crew. Months later While under the new supervision of Robbie Gage while

Mario would drop off red hats I would train or watch for the day. an event near the thickener tunnels when I asked Mario for water he said, "Ha well can you suck this dick?" Or he would also talk about inappropriate conversations such as the "Green Door" a sex club where you go to participate in sexual intercourse with strangers or in his word "Go to watch them "f--k". 2: Forced to continue an unsafe decant project by supervisors or threatened to be "Walked out the "f-ing" gates". Decant project changed in accordance with MSHA and OHSA confined space, adding paperwork with safety rescue plans after getting safety department involved. 3: Supervisor Robbie Gage attempted to deny me FMLA when finding out wife and I had a high risk pregnancy and I was mentally unfit to work. Knowing my right still filled FMLA and sent it through HR and handing them paperwork in hand. Coming back from FMLA, I was given a series of low scores for being gone on FMLA. "FMLA is going against you, you could have trained more." was said by Robbie. 4: Near March/ April 2019, Threatened to be walked off property and sent home with sick time taken for reporting unsafe work conditions and not wanting to work in the conditions by supervisors Ronnie Ventura and Mario Rivera to employees. 5: Around April 2019 reported harassment, discrimination, and retaliation to HR, and site manager David Rhodes. After reporting through the open door policy, violations continued and weren't addressed. 6: Near May 2019, forced to clean a chemical spill in dangerous work conditions without proper safety equipment by Robbie Gage. Forced to work after stopping the job exposing numerous employees and me to gases, we felt nauseous and had headaches, and some employees vomited. 7: Under supervision, Randy Walker would say comments to our crew such as "I don't know what up with your circle jerks but yall need to get on it." "Whether hes white or not (Dillon would come to our crew for overtime often) if hes making twice the money hes going to be working twice as hard. Tony Garcia who is now a mill supervisor showing employees and I pictures of himself naked, holding his penis and videos having sexual intercourse with women. 8: Pulled up from utility crew to operations taking on a new role, set of tasks, and schedule change from straight days to shiftwork. I was never given anything to sign and requested that I get the correct OM3 pay for my new job in which I was given excuses on how the system isn't fixed in front of employees. Also being told to leave and transfer back would get me my pay this was weeks and weeks prior to the company payscale being fixed with many other employees/ previous red hats who were also affected. 9: October 2020, my personal locker was broken into during a leave. An injury due to damaged catwalks not being fixed or barricaded. I reported to Ronnie Ventura that my personal belongings were taken and so were my uniforms and had to borrow one from another employee whom witnessed the conversation. He said he will talk to HR and order my more uniforms. HR never questioned me about my property being stolen.

**Demand**

$872.700.00 in punitive damages for known and continuous ill-will misconduct, pain, and suffering. The Plaintiff wants a trial by jury.

### Administrative Procedure

I have filed a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency on 09/28/2021. I have received a Notice of Right to Sue Letter.

Date: 5/26/23

Juanito Gabriel Alegria
8151 East Kenyon Drive
Tucson, AZ 85710
(520) 288-9943